# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM JACOBSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER MARK HERMAN, et al.,<br><br>　　　　　　Defendants. | ) CV F 02 5973 DLB<br>)<br>) ORDER STRIKING PLAINTIFF'S REQUEST<br>) FOR INVESTIGATION<br>)<br>) (Document 114)<br>)<br>)<br>)<br>)<br>) |

On October 21, 2005, Plaintiff filed a Request for Investigation in the above captioned case. Plaintiff's filing is ordered STRICKEN as the case is closed.

IT IS SO ORDERED.

Dated:　October 27, 2005　　　　　　　　　/s/ Dennis L. Beck
3b142a　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1